ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* JONES.

HOLDEN, J.  There was no error requiring a new trial in any of the rulings of the court, nor in the failure to charge, nor in the refusal of the requests to charge.  The evidence was sufficient to support the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed.    All the Justices concur.*
JUNE 23, 1911.

Action for damages.  Before Judge Fite.  Dade superior court. July 23, 1910.

*A. E. Goodhue* and *Foust, Payne & Tatum,* for plaintiff in error. *Reuben R. Arnold,* contra.